COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | | |
|---|---|---|---|
| MODY SAID, | § | | No. 08-22-00074-CV |
| Appellant, | § | | Appeal from the |
| v. | § | | 250th Judicial District Court |
| ALEX VALDES AND WESTGATE MOMARK, LLC, | § | | Of Travis County, Texas |
| | § | | (TC# D-1-GN-21-005869) |
| Appellees. | | | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the trial court's judgment. We therefore affirm the judgment of the court below. We further order that Appellees recover from Appellant and his sureties, if any, *see* TEX. R. APP. P. 43.5, on the judgment and all costs, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 17TH DAY OF FEBRUARY, 2023.

YVONNE T. RODRIGUEZ, Chief Justice

Before Rodriguez, C.J., Palafox, and Soto, JJ.